UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S. WELLONS, *et al.*,<br><br>            Plaintiffs,<br><br>v.<br><br>PNS STORES, INC., *et al.*,<br><br>            Defendants. | Case No.: 18-CV-2913-DMS-WVG<br><br>**ORDER ON JOINT STIPULATION REGARDING PRODUCTION OF SAMPLING OF PLAINTIFFS' CELL PHONE RECORDS** |

On May 27, 2020, the Parties filed a Joint Stipulation Regarding Production of Sampling of Plaintiffs' Cell Phone Records. (Doc. No. 84.) The joint motion, styled as a joint stipulation, moves the Court to enter an order approving the Parties' agreement that Plaintiffs will produce a sampling of ten (10) pages of their cell phone records to Defendants for purposes of a pending discovery dispute. Having reviewed and considered the Parties' submission, the Court GRANTS the joint motion in its entirety. In doing so, the Court makes effective immediately upon issuance of this Order the following language as reflected in the Parties' proposed order lodged with Chambers:

The Parties shall adhere to the following for the production of a sampling of

Plaintiffs' cell phone records to Defendants:

1. Counsel for the parties shall meet and confer and agree upon ten (10) pages of the cell phone records received by Plaintiff's counsel (the "Sampling Records") for production to Defendants' counsel in accordance with the Court's May 22, 2020 Order Setting Document Production and Briefing Schedule on Discovery Dispute (ECF No. 83).

2. Neither the Sampling Records, nor any data or information contained therein, shall be considered admissible as evidence for any purpose unless otherwise decided by the Court.

3. In the absence of further Order by the Court, neither the Sampling Records, nor any data or information contained therein, shall be used in any manner, or for any purpose, except to present to the Court in support of argument in regard to the parties' pending discovery dispute.

4. Plaintiffs' counsel may file with the Court copies of the Sampling Records under seal.

**IT IS SO ORDERED.**

Dated: May 28, 2020

_____
Hon. William V. Gallo
United States Magistrate Judge