UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S. WELLONS, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>PNS STORES, INC., et al.,<br><br>　　　　　　　Defendants. | Case No.: 18-CV-2913 TWR (DEB)<br><br>**ORDER GRANTING JOINT MOTION TO REACTIVATE MOTIONS AND SET BRIEFING SCHEDULE**<br><br>**(ECF No. 156)** |

Before the Court is the Parties' Joint Motion to Reactivate Motions and to Set a Briefing Schedule. (ECF No. 156.) Good cause appearing, the Court **GRANTS** the motion. The Clerk of Court shall reactivate ECF Nos. 118–39. Plaintiffs **MUST FILE** their Oppositions on or before July 12, 2021, and Defendants **MUST FILE** their Replies on or before August 9, 2021. The Court **SETS** a hearing for the summary judgment motions (ECF Nos. 118–39) on Wednesday, September 29, 2021 at 1:30 p.m.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

| | |
|---|---|
| 1 | Finally, given the Ninth Circuit order issued on March 10, 2021 (ECF No. 155), the |
| 2 | Court **DENIES AS MOOT** the Parties' Joint Motion regarding the Summary Judgment |
| 3 | Motions. (ECF No. 154.) |
| 4 | **IT IS SO ORDERED.** |
| 5 | Dated: June 24, 2021 |

*[Signature]*

Honorable Todd W. Robinson
United States District Judge