UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S. WELLONS, C. ARREDONDO, S. DAVIS, T. DEFOREEST, W. DUBA, S. HALL, G. KILGORE, N. LOPEZ, S. MEIJA, T. SELTZER, S. SHARMA, M. SIMS, J. SMITH, K. TOFT, C. TOLLIVER, M. VIRAMONTES, M. WALTERS, L. WARNER, D. WILLIAMS, J. WRIGHT, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>PNS STORES, INC., a California corporation; BIG LOTS STORES, INC., an Ohio Corporation, and DOES 1-50, inclusive,<br><br>            Defendants. | Case No.:  18-CV-02913-RSH-DEB<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

Yvette Davis and Bethsaida Obra-White of Haight Brown & Bonesteel LLP ("Haight Brown"), co-counsel of record for Big Lots Stores, Inc. and PNS Stores, Inc. (collectively, "Big Lots"), move to withdraw as counsel of record pursuant to S.D. Cal.

1

Civ. L.R. 83.3(g)(3). According to Ms. Davis's declaration, Haight Brown was retained to provide local counsel services to Vorys, Sater, Seymour and Pease LLP ("Vorys") in this matter but will no longer provide these services because Vorys now has a California office. *See* ECF No. 287-1. Big Lots will continue to be represented by Vorys and has consented to the withdrawal of Ms. Davis and Ms. Obra-White. Therefore, the Court finds there is good cause for withdrawal and Big Lots will not be harmed. The Court hereby **GRANTS** the Motion (ECF No. 287).

**IT IS SO ORDERED**.

Dated:  August 1, 2022

_____
Hon. Robert S. Huie
United States District Judge