1  DAVID J. GALLO *(California Bar No. 127722)*
   **LAW OFFICES OF DAVID J. GALLO**
2  12702 VIA CORTINA, SUITE 500
   DEL MAR, CALIFORNIA  92014
3  Telephone: (858) 509-3652

4  Attorneys for all Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S. WELLONS, C. ARREDONDO, S. DAVIS, T. DEFOREEST, W. DUBA, S. HALL, G. KILGORE, N. LOPEZ, S. MEJIA, T. SELTZER, S. SHARMA, J. SMITH, K. TOFT, C. TOLLIVER, M. VIRAMONTES, M. WALTERS, L. WARNER, D. WILLIAMS, and J. WRIGHT,<br><br>Plaintiffs,<br><br>v.<br><br>PNS STORES, INC., a California corporation,<br><br>Defendant.<br><br>―――――――――――<br><br>BIG LOTS STORES, INC., an Ohio corporation,<br><br>Intervenor. | Civil Action Number:<br>**3:18-cv-02913 RSH DEB**<br><br>**NOTICE OF MOTION AND PLAINTIFFS' MOTION FOR APPROVAL OF PAGA SETTLEMENT; CERTIFICATE OF PRE-FILING CONFERENCE**<br><br>Judicial Officer: Hon. Robert S. Huie<br><br>Hearing Date: 23 MARCH 2023<br><br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

**3:18-cv-02913**
NOTICE OF MOTION AND PLAINTIFFS' MOTION FOR APPROVAL OF PAGA SETTLEMENT; CERTIFICATE OF PRE-FILING CONFERENCE – PAGE 1

## CERTIFICATE OF PRE-FILING CONFERENCE

The instant Motion is made following a conference of counsel which took place on Wednesday, 25 January 2023.

## NOTICE OF MOTION

PLEASE TAKE NOTICE that all Plaintiffs shall move, and hereby move, the above-captioned Court for an order approving the proposed PAGA settlement attached at Exhibit "D" to the accompanying Memorandum.

PLEASE TAKE FURTHER NOTICE that the assigned motion date is **23 March 2023,** which sets the briefing schedule for the Motion pursuant to the applicable Local Rules.  PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT.

## MOTION

For the reasons set forth in their accompanying Memorandum of Points and Authorities, Plaintiffs hereby move the above-captioned Court for an order approving the proposed PAGA settlement attached at Exhibit "D" to the accompanying Memorandum.

Dated: 16 February 2023            Respectfully submitted,

DAVID J. GALLO
**LAW OFFICES OF DAVID J. GALLO**
12702 VIA CORTINA, SUITE 500
DEL MAR, CALIFORNIA  92014-3769
Telephone: (858) 509-3652

                    /s/ David J. Gallo
By:    David J. Gallo,
       California Bar No. 127722
       Attorneys for all Plaintiffs

[NOT MOT and MOT for APPROVAL OF PAGA SETTLEMENT.wpd]

**3:18-cv-02913**
**NOTICE OF MOTION AND PLAINTIFFS' MOTION FOR APPROVAL OF PAGA SETTLEMENT; CERTIFICATE OF PRE-FILING CONFERENCE – PAGE 2**