# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S. WELLONS, C. ARREDONDO, S. DAVIS, T. DEFOREEST, W. DUBA, S. HALL, G. KILGORE, N. LOPEZ, S. MEJIA, T. SELTZER, S. SHARMA, J. SMITH, K. TOFT, C. TOLLIVER, M. VIRAMONTES, M. WALTERS, L. WARNER, D. WILLIAMS, and J. WRIGHT,<br><br>Plaintiffs,<br><br>v.<br><br>PNS STORES, INC., a California corporation,<br><br>Defendant.<br><br>BIG LOTS STORES, INC., an Ohio corporation,<br><br>Intervenor. | Civil Action Number:<br>**3:18-cv-02913 RSH DEB**<br><br>**FINAL JUDGMENT**<br><br>Judicial Officer: Hon. Robert S. Huie |

3:18-cv-02913

**FINAL JUDGMENT – PAGE 1**

1  ALL PARTIES to the above-captioned civil action having entered into a settlement agreement (the "Settlement Agreement") which provides for an award of attorneys' fees to Plaintiffs, and the Court having granted Plaintiffs' Motion for Award of Attorneys' Fees, now enters judgment as follows:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiffs shall have and recover over and against Defendants, Big Lots Stores, LLC, and Big Lots Stores - PNS, LLC, jointly and severally, attorneys fees in the sum of Nine Hundred Seventy-seven Thousand, Four Hundred Eighty-three Dollars ($977,483.00).

Dated: July 26, 2023

*[signature: Robert S. Huie]*

HON. ROBERT S. HUIE, JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**APPROVED AS TO FORM:**

CORY D. CATIGNANI
**VORYS, SATER, SEYMOUR AND PEASE, L.L.P.**
4675 MACARTHUR COURT, SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
Telephone: (949) 526-7900

*Cory D. Catignani, by David J. Gallo, by written permission*

By:  Cory D. Catignani,
California Bar No. 332551
Attorneys for Defendants, PNS STORES, INC., formerly a California corporation, now Big Lots Stores - PNS, LLC, a California limited liability company, and BIG LOTS STORES, INC., formerly an Ohio corporation, now Big Lots Stores, LLC, an Ohio limited liability company

[FINAL JUDGMENT AWARDING ATTORNEYS' FEE.wpd]

3:18-cv-02913

**FINAL JUDGMENT – PAGE 2**